**Henry Zoller, defendant in error, v. James C. Davis, agent for litigation, plaintiff in error.    Gen. No. 7,607.**

Action for damages for injuries to crops by overflowing land with surface water, diverted from its natural course by defendant.    Judgment against one defendant only for $733.50.    Error to the Circuit Court of Logan county; the Hon. Frank Lindley, Judge, presiding. Heard in this court at the April term, 1923.    Reversed and remanded. Opinion filed October 26, 1923.

Covey & Woods, for plaintiff in error; Silas H. Strawn, W. A. Covey and C. H. Woods, of counsel.    McCormick & Murphy and Bevan & Bevan, for defendant in error.

Mr. Justice Niehaus delivered the opinion of the court.

---

**Wesley Prevette, appellee, v. Emerson M. Brewer, appellant.    Gen. No. 7,532.**

Suit for personal injuries by cyclist from collision with automobile. Judgment for plaintiff.    Appeal from the Circuit Court of Champaign county; the Hon. Franklin H. Boggs, Judge, presiding.    Heard in this court at the October term, 1922.    Reversed and remanded.    Opinion filed October 26, 1923.

Green & Palmer and Dobbins & Dobbins, for appellant; Oris Barth and O. B. Dobbins, of counsel.    F. T. Carson and Herrick & Herrick, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.

---

**Old Colony Life Insurance Company, appellee, v. Harriet J. Hickman et al., appellants.    Gen. No. 7,572.**

Interpleader by life insurance company in action between deceased policyholder's beneficiary and creditor claiming under contract with said policyholder.    Decree of interpleader granted.    Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding.    Heard in this court at the April term, 1923.    Reversed and remanded with directions.    Opinion filed October 26, 1923.

George M. Morgan and George W. Kenney, for appellants.    George B. & George M. Gillespie and McKinley & Price, for appellee.

Mr. Justice Shurtleff delivered the opinion of the court.